# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 NO:

JAMES WILLIAMS, JR.                                        22-11799-SDM

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY

COMES NOW, Todd S. Johns, Trustee, and files this his Objection to Debtor's Motion to Modify, and in support of same, would show unto the Court the following:

1. The Trustee has no objection *per se* to the relief requested, and would affirmatively show that a reduced wage order of $3,265.00 per month commencing with October 2025 would be sufficient amortize existing arrears through September 2025, complete the secured and administrative claim balances with in the confirmed plan period, as well as yielding an estimated amount of 10% to the unsecured claims, together with the total disbursements to date to timely filed unsecured claims of approximately 37.5%, for a total estimated pro rata distribution of 47.5%.

2. Due to a recent change in Chapter 13 plan distribution tiers, all secured and administrative claims will need to be satisfied prior to any other distributions being made to the unsecured claims; therefore, the Trustee would show that after the secured and administrative claims have been satisfied, funds received thereafter should flow to the unsecured claims, with the effective total pro rata distribution to be calculated by the Trustee's office at the end of the 60-month plan period, which would be in August 2027.

3. The Debtor's Motion should be denied in part, with the Trustee reserving the right to show other grounds at the hearing hereon.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed, and at the hearing hereon an Order be entered denying the Debtor's Motion, and for such other, further, and general relief to which the Trustee and this bankrupt estate may be entitled.

DATED:  September 9, 2025.          Respectfully submitted:

_____
/S/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326, BRANDON MS 39043-1326
601-825-7663; attorney.tyree@ch13mstrustee.com

## CERTIFICATE OF SERVICE

    I, Jeffrey K. Tyree, attorney for the Chapter 13 Trustee, do hereby certify that I have this day filed the foregoing with the clerk of this court using the CM/ECF system, and I further certify that I served a true and correct copy of same, either electronically or via United States Mail, postage prepaid, to the UNITED STATES TRUSTEE and the following:

JAMES WILLIAMS, JR.                                                   Thomas C. Rollins, Jr.
544 OLYMPIC DR, UNIT 104                                    trollins@therollinsfirm.com
PORTLAND, TX 78374

Dated: September 9, 2025.                             _____
                                                                   /S/ JEFFREY K. TYREE