CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  James Edward Williams, Jr.   )   Case No.: 22−11799−SDM
       Debtor(s)   )   Chapter: 13
          )   Judge: Selene D. Maddox
          )
          )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 11/6/25 at 10:30 AM

to consider and act upon the following:

*69 − Motion and Notice to Modify Confirmed Plan Filed by Thomas C. Rollins Jr. on behalf of James Edward Williams Jr.. Response due by 09/29/2025. (Rollins, Thomas)*

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 9/30/25

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                                        BY: LRR
                                              Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 22-11799-SDM |
| James Edward Williams, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: hrg4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Edward Williams, Jr., 544 Olympic Drive, Unit 104, Portland, TX 78374-0318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth H. Parrott | on behalf of Creditor Renasant Bank Elizabeth.Parrott@mccalla.com mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor Renasant Bank km5@mccallaraymer.com mccallaecf@ecf.courtdrive.com |
| Michael J. McCormick | on behalf of Creditor Renasant Bank michael.mccormick@mccalla.com mccallaecf@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor James Edward Williams Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Spec. Counsel Quinn Emanuel, Urquhart and Sullivan LLP trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol |

lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns

vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

Todd S. Johns

on behalf of Trustee Todd S. Johns vardaman13ecf@gmail.com
tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 8