SO ORDERED,

*Selene D. Maddox*

Judge Selene D. Maddox

United States Bankruptcy Judge



The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO:

JAMES EDWARD WILLIAMS, JR.                                     22-11799-SDM

## AGREED ORDER

THIS CAUSE came on for consideration the Debtor's Motion to Modify and the Trustee's Objection thereto, and, pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Debtors' Motion (Dkt. 69) is approved in part and subject to the following provisions.

THAT, the Trustee shall reduce the wage order to the sum of $3,267.50 per month commencing with OCTOBER 2025, and shall abate any existing arrears, including ongoing mortgage payment arrears, through SEPTEMBER 2025. Furthermore, the mortgage claim shall be coded to bring said claim as current as possible through OCTOBER 2025, with remaining arrears, if any, through October 2025 to be paid as a separate post-petition claim on an altered basis over the remaining plan period.

THAT, the total distribution to the unsecured claims is hereby reduced from 100% to no more than 47.5%, or that which may be yielded with a supporting wage order of no more than $3,267.50 per month.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to ALL CREDITORS, and shall file a certificate of service of same with the Court.

###END OF ORDER###

APPROVED:

_____
/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com

/s/ Thomas C. Rollins, Jr. (w/ permission 10-13-25)
DEBTOR'S ATTORNEY
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469