SO ORDERED,



*Selene Maddox*

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 NO:

JAMES EDWARD WILLIAMS, JR.                                    22-11799-SDM

### AGREED ORDER

THIS CAUSE came on for consideration the Debtor's Motion to Modify and the Trustee's Objection thereto, and, pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Debtors' Motion (Dkt. 69) is approved in part and subject to the following provisions.

THAT, the Trustee shall reduce the wage order to the sum of $3,267.50 per month commencing with OCTOBER 2025, and shall abate any existing arrears, including ongoing mortgage payment arrears, through SEPTEMBER 2025. Furthermore, the mortgage claim shall be coded to bring said claim as current as possible through OCTOBER 2025, with remaining arrears, if any, through October 2025 to be paid as a separate post-petition claim on an altered basis over the remaining plan period.

THAT, the total distribution to the unsecured claims is hereby reduced from 100% to no more than 47.5%, or that which may be yielded with a supporting wage order of no more than $3,267.50 per month.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to ALL CREDITORS, and shall file a certificate of service of same with the Court.

###END OF ORDER###

CERTIFICATE OF SERVICE

I, Todd S. Johns, Chapter 13 Trustee, do hereby certify that I have this day mailed a true and correct copy of the foregoing Order to all affected parties listed therein and/or required to be noticed according to the aforesaid Order, copy of addressees attached, all by United States Mail, postage prepaid.

DATED 10-22-25  /S/ Todd S. Johns MSB#9587

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS.
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663: attorney.tyree@ch13mstrustee.com

/s/ Thomas C. Rollins, Jr. (w/ permission 10-13-25)
DEBTOR'S ATTORNEY
Thomas C. Rollins. Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com: 601-500-5533; MSB#103469

~~2211799 9 799 2
THOMAS C ROLLING, JR
P O BOX 16151
JACKSON, MS 39236~~

2211799 7 881 3
TODD S. JOHNS
OTHER COSTS RECORD
P.O. BOX 1326
BRANDON, MS 39043

2211799 1 002 4
CARVANA, LLC BRIDGECREST
co AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK 73118

2211799 1 003 5
CENLAR FSB
BANKRUPTCY DEPT
425 PHILLIPS BLVD
EWING, NJ 08618

2211799 1 008 6
MARINER FINANCE LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

2211799 2 006 7
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

2211799 3 011 8
U S ATTORNEY
FOR IRS
900 JEFFERSON AVE
OXFORD, MS 38655

2211799 2 009 9
MS STATE TAX COMMISSION
P O BOX 22808
BANKRUPTCY SECTION
JACKSON, MS 39225-2808

2211799 3 004 10
RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

2211799 3 005 11
DISCOVER FINANCIAL SERVICES
P O BOX 3025
NEW ALBANY, OH 43054-3025

2211799 3 001 12
PORTFOLIO RECOVERY ASSOCIATES
P O BOX 41067
NORFOLK, VA 23541

2211799 3 010 13
NETCREDIT
175 W JACKSON BLVD
STE 600
CHICAGO, IL 60604

2211799 3 014 15
USAA FEDERAL SAVINGS BANK
10750 MCDERMONT FRWY
SAN ANTONIO, TX 78288-0509

2211799 3 007 16
INTERNAL REVENUE SERVICE
C/O US ATTORNEY
501 EAST COURT ST, STE 4.430
JACKSON, MS 39201

2211799 3 013 17
US ATTY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

2211799 3 015 18
SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT
PO BOX 41021
NORFOLK, VA 23541

2211799 3 016 19
BRIDGECREST CREDIT
C/O AIS
4515 N SANTE FE AVE DEPT APS
OKLAHOMA CITY, OK 73118

2211799 3 017 20
NAVY FEDERAL CREDIT UNION
P O BOX 3000
MERRIFIELD, VA 22119-3000

2211799 3 018 21
MCCALLA RAYMER LEIBERT PIERCE LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076