SO ORDERED,



*Judge Selene D. Maddox*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:            CHAPTER 13 NO:

JAMES EDWARD WILLIAMS, JR.            22-11799-SDM

## AGREED ORDER

THIS CAUSE came on for consideration the Debtor's Motion to Modify and the Trustee's Objection thereto, and, pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Debtors' Motion (Dkt. 69) is approved in part and subject to the following provisions.

THAT, the Trustee shall reduce the wage order to the sum of $3,267.50 per month commencing with OCTOBER 2025, and shall abate any existing arrears, including ongoing mortgage payment arrears, through SEPTEMBER 2025. Furthermore, the mortgage claim shall be coded to bring said claim as current as possible through OCTOBER 2025, with remaining arrears, if any, through October 2025 to be paid as a separate post-petition claim on an altered basis over the remaining plan period.

THAT, the total distribution to the unsecured claims is hereby reduced from 100% to no more than 47.5%, or that which may be yielded with a supporting wage order of no more than $3,267.50 per month.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to ALL CREDITORS, and shall file a certificate of service of same with the Court.

###END OF ORDER###

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com

/s/ Thomas C. Rollins, Jr. (w/ permission 10-13-25)
DEBTOR'S ATTORNEY
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

United States Bankruptcy Court

Northern District of Mississippi

In re:  
James Edward Williams, Jr.  
    Debtor

Case No. 22-11799-SDM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1      User: autodocke      Page 1 of 2  
Date Rcvd: Oct 21, 2025      Form ID: pdf0003      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Edward Williams, Jr., 544 Olympic Drive, Unit 104, Portland, TX 78374-0318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth H. Parrott | on behalf of Creditor Renasant Bank Elizabeth.Parrott@mccalla.com mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor Renasant Bank km5@mccallaraymer.com mccallaecf@ecf.courtdrive.com |
| Michael J. McCormick | on behalf of Creditor Renasant Bank michael.mccormick@mccalla.com mccallaecf@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor James Edward Williams  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Spec. Counsel Quinn  Emanuel, Urquhart and Sullivan LLP trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol |

District/off: 0537-1 | User: autodocke | Page 2 of 2
Date Rcvd: Oct 21, 2025 | Form ID: pdf0003 | Total Noticed: 1

lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns

vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

Todd S. Johns

on behalf of Trustee Todd S. Johns vardaman13ecf@gmail.com
tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 8