**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | James Edward Williams, Jr. |
| **Debtor 2**<br>(Spouse, if filing) | |
| **United States Bankruptcy Court for the :** Northern | **District of** Mississippi<br>(State) |
| **Case number** | 22-11799-SDM |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Renasant Bank

**Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtors' account: XXXXXX8358

**Date of payment change:**
Must be at least 21 days after date of this notice — 5/1/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3* — $1,079.44

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 427.37    New escrow payment : $ 495.68

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: ____ %    New interest rate: ____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

| **Part 3:** | **Annual HELOC Notice** |
|---|---|

3. **Will there be a change in the debtors' home-equity line -of-credit (HELOC) payment for the year going forward??**

   ☒ No
   ☐ Yes.

   Current HELOC payment: $ _____

   Reconciliation amount: + $ _____
                        - $ _____

Debtor 1    **James Edward Williams, Jr., Jr.** _____   Case number *(if known)*  __22-11799-SDM__
First Name    Middle Name    Last Name

Amount of next payment (including reconciliation amount)                    $ _____

Amount of the new payment thereafter (without reconciliation amount        $ _____

## Part 4:   Other Payment Change

4. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

☒ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:        $ _____        New mortgage payment:    $ _____

## Part 5:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/Toni  Townsend* _____    Date    __03/23/2026__
   Signature

Print:    __Toni__                    __Townsend__        Title    __Authorized Agent for Creditor__
          First Name        Middle Name        Last Name

Company    __McCalla Raymer Leibert Pierce, LLP__

Address    __1544 Old Alabama Road__
           Number        Street
           __Roswell__        __GA__        __30076__
           City        State        ZIP Code

Contact phone    __(312) 346-9088 X5174__            Email    __Toni.Townsend@mccalla.com__

|  | Bankruptcy Case No.: 22-11799-SDM |
|---|---|

In Re:   
    James Edward Williams, Jr.   
    Quinette S. Williams

Bankruptcy Case No.: 22-11799-SDM   
Chapter:        13   
Judge:        Selene D. Maddox

## CERTIFICATE OF SERVICE

I, Toni  Townsend, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

James Edward Williams, Jr.   
60 Pinewood Dr   
Columbus, MS 39702

Thomas C. Rollins,                *(Served via ECF at trollins@therollinsfirm.com)*   
The Rollins Law Firm, PLLC   
PO BOX 13767   
Jackson, MS 39236

Todd S. Johns, Trustee                *(Served via ECF Notification)*   
PO BOX 1326   
Brandon, MS 39043

U. S. Trustee                      *(Served via ECF Notification)*   
501 East Court Street, Suite 6-430   
Jackson, MS 39201

      I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   03/25/2026   By:   */s/Toni  Townsend*   
           (date)                Toni  Townsend   
                             Authorized Agent for Creditor

# ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT



CENLAR®
CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628

JAMES E WILLIAMS JR
60 PINEWOOD DR
COLUMBUS MS  39702-8194

| | |
|---|---|
| Property Address | 60 PINEWOOD DR COLUMBUS MS 39702 |
| Statement Date | 02/17/2026 |
| Loan Number | |
| New Mortgage Payment Amount | $1,079.44 |
| New Payment Effective Date | 05/01/2026 |

## Overview

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. This Annual Escrow Account Disclosure Statement details our findings.

▷ **Results of Our Analysis:** You have a **SHORTAGE**. Your escrow account balance is expected to fall below the required minimum balance.

▷ **What This Means for You:** Your shortage will be spread over **12** months and included in your monthly payment.

▷ **Your Future Monthly Payment:** Your payments will **increase**, based on our escrow analysis projections for the next calendar year.

Your escrow account has a shortage in the amount of

# $1,436.73

## Why do I have a shortage?

Below is a summary of your recent escrow activity. For more information about why your taxes or insurance premium adjusted, please contact your taxing authority or your insurance company.

For more details on how any insurance and/or tax adjustments will affect your future payments, please see the **Escrow Account Projections** section.

### Annual Escrow Review

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| **INSURANCE** | **$2,734.81** | **+** | **$3,418.51** |
| HAZARD INS | | | $3,418.51 |
| **TAXES** | **$1,081.42** | **+** | **$1,092.81** |
| R.E. TAX | | | $1,092.81 |
| **TOTAL DISBURSEMENTS** | **$3,816.23** | **+** | **$4,511.32** |

### Monthly Payment Comparison

| Payment Itemization | Current 07/01/2025 | New 05/01/2026 |
|---|---|---|
| Principal and Interest | $583.76 | $583.76 |
| Escrow Deposit | $427.37 | $375.95 |
| Escrow Shortage | | $119.73 |
| **Total Payment** | **$1,011.13** | **$1,079.44** |

## How was my shortage determined?

JD

A shortage occurs when your lowest projected escrow balance is less than your required minimum balance. This is determined by simply subtracting the **Required Minimum Balance** from the lowest **Projected Escrow Balance**, as highlighted in the **Escrow Account Projections** section.

Your required minimum balance is determined by federal law, state law and your loan contract and includes a payment cushion of up to two months of escrow payments to help cover any increase in taxes and/or insurance.

Your current payment cushion is **$751.89.**

| | |
|---|---|
| **REQUIRED MINIMUM BALANCE** | **$751.89** |
| Balance 05/2026 | |

| | |
|---|---|
| **ESCROW SHORTAGE** | **$1,436.73** |



## Escrow Account History

This section is the actual activity that occurred from 02/2025 through 04/2025. It represents the period of time between the last analysis statement date and the last analysis effective date.

| MONTH | Actual Escrow PAYMENTS | Actual Escrow DISBURSEMENTS | Actual Escrow DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE | -$1,345.60 |
| Mar 2025 | $925.86 | | | -$419.74 |
| Apr 2025 | | $3,418.51 | HAZARD INS | -$3,838.25 |

### Escrow account activity from May 2025 to April 2026
This section details your actual escrow account activity for the review period, which may help explain any changes to your payment.

| Date | DEPOSITS TO ESCROW Projected | Actual | PAYMENTS FROM ESCROW Projected | Actual | Description | ESCROW BALANCE Projected | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | $3,052.83 | -$3,838.25 |
| May 2025 | $318.02 | * | $2,734.81 | * | HAZARD INS | $636.04 | -$3,838.25 |
| Jun 2025 | $318.02 | $925.86* | | | | $954.06 | -$2,912.39 |
| Jul 2025 | $318.02 | * | | | | $1,272.08 | -$2,912.39 |
| Aug 2025 | $318.02 | $308.62* | | | | $1,590.10 | -$2,603.77 |
| Sep 2025 | $318.02 | $308.62* | | | | $1,908.12 | -$2,295.15 |
| Oct 2025 | $318.02 | $308.62* | | | | $2,226.14 | -$1,986.53 |
| Nov 2025 | $318.02 | $735.99* | | | | $2,544.16 | -$1,250.54 |
| Dec 2025 | $318.02 | * | $1,081.42 | $1,092.81* | R.E. TAX | $1,780.76 | -$2,343.35 |
| Jan 2026 | $318.02 | $854.74* | | | | $2,098.78 | -$1,488.61 |
| Feb 2026 (estimate) | $318.02 | $2,991.59* | | | | $2,416.80 | $1,502.98 |
| Mar 2026 (estimate) | $318.02 | $427.37* | | | | $2,734.82 | $1,930.35 |
| Apr 2026 (estimate) | $318.02 | $427.37* | | | | $3,052.84 | $2,357.72 |
| **Totals** | **$3,816.24** | **$7,288.78** | **$3,816.23** | **$1,092.81** | | | |

*An asterisk (\*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable.*

*The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.*

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $3,816.23. Under Federal Law, your lowest monthly balance should not have exceeded $636.04, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount. Under your loan contract and State law your lowest monthly balance should not have exceeded $636.04.

## Escrow Account Projections

This section provides an estimate of all payments we anticipate receiving as well as what we expect to pay on your behalf in the next year. The lowest projected balance and required minimum balance are highlighted for reference.

### Escrow account projections from May 2026 to April 2027

| DATE | PAYMENTS TO ESCROW | WHAT WE EXPECT TO PAY | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | $2,357.72 | $3,794.45 |
| May 2026 | $375.95 | $3,418.51 | HAZARD INS | -$684.84 | $751.89 |
| Jun 2026 | $375.95 | | | -$308.89 | $1,127.84 |
| Jul 2026 | $375.95 | | | $67.06 | $1,503.79 |
| Aug 2026 | $375.95 | | | $443.01 | $1,879.74 |
| Sep 2026 | $375.95 | | | $818.96 | $2,255.69 |
| Oct 2026 | $375.95 | | | $1,194.91 | $2,631.64 |
| Nov 2026 | $375.95 | | | $1,570.86 | $3,007.59 |
| Dec 2026 | $375.95 | $1,092.81 | R.E. TAX | $854.00 | $2,290.73 |

Representation of Printed Document



YOUR ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER: ███████



PAGE
3 / 4

| DATE | PAYMENTS TO ESCROW | WHAT WE EXPECT TO PAY | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| Jan 2027 | $375.95 | | | $1,229.95 | $2,666.68 |
| Feb 2027 | $375.95 | | | $1,605.90 | $3,042.63 |
| Mar 2027 | $375.95 | | | $1,981.85 | $3,418.58 |
| Apr 2027 | $375.95 | | | $2,357.80 | $3,794.53 |
| **TOTALS** | **$4,511.40** | **$4,511.32** | | | |

## New Loan Payment

Your new payment consists of:

| | | |
|---|---|---|
| | Principal & Interest (P & I) | $583.76 |
| | Escrow Deposit | $375.95 |
| | **Escrow Shortage** | **$119.73** |
| **NEW LOAN PAYMENT** | Beginning on May 01, 2026 | **$1,079.44** |

## Customer Service

🌐 loanadministration.com

💬 **Live Chat:** Find all your loan information online. Still have questions? Use Live Chat on the website to speak with one of our representatives.

✉️ **Correspondence**

PO Box 77423
Ewing, NJ 08628

🕐 **Hours of Operation**

8:30 AM - 8:00 PM ET M-F

📞 **Telephone**

877-492-3248

We accept telecommunications relay service calls.



## Important Information

**AUTOPAY HOMEOWNERS**

If you're enrolled in Autopay, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**ADJUSTABLE RATE MORTGAGE CUSTOMERS**

If your loan has an adjustable interest rate, your monthly principal and interest payment may change prior to your next Escrow Analysis.

**INSURANCE RENEWAL/CHANGING INSURANCE**

Upload proof of insurance coverage at www.mycoverageinfo.com/Cen300. Your insurance documents can also be sent to us via the following methods: Email: Cen300@mycoverageinfo.com or mail to: PO Box 202028, Florence, SC 29502-2028.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

Representation of Printed Document

# HOW TO READ YOUR
## ANNUAL ESCROW ACCOUNT
### DISCLOSURE STATEMENT



A quick guide to help you understand all your important escrow account information.

---

**PO BOX 77404**
**EWING, NJ 08628**

FNAME1 LNAME1
FNAME2 LNAME2
ADDRESS 1
CITY, STATE



## ANNUAL ESCROW ACCOUNT
DISCLOSURE STATEMENT

| | |
|---|---|
| Property Address | ADDRESS |
| Statement Date | MM/DD/YYYY |
| Loan Number | |
| New Mortgage Payment Amount | $X,XXX.XX |
| New Payment Effective Date | MM/DD/YYYY |

### Overview

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. This Annual Escrow Account Disclosure Statement details our findings.

▷ **Results of Our Analysis:** You have a **SHORTAGE**. Your escrow account balance is expected to fall below the required minimum balance.

▷ **What This Means for You:** Your shortage will be spread over **<XX>** months and included in your monthly payment.

▷ **Your Future Monthly Payment:** Your payments will **<increase/decrease/stay the same>**, based on our escrow analysis projections for the next calendar year.

Your escrow account has a shortage in the amount of

# $XXX.XX

### Why do I have a shortage?

Below is a summary of your recent escrow activity. For more information about why your taxes or insurance premium adjusted, please contact your taxing authority or your insurance company.

For more details on how any insurance and/or tax adjustments will affect your future payments, please see the **Escrow Account Projections** section.

**Annual Escrow Review**

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| Insurance | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| Taxes | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| | $XXX.XX | +/- | $XXX.XX |
| Mortgage Insurance | $XXX.XX | +/- | $XXX.XX |

**Monthly Payment Comparison**

| Payment Itemization | Current MM/DD/YYYY | New MM/DD/YYYY |
|---|---|---|
| Principal and Interest | $XXX.XX | $XXX.XX |
| Escrow Deposit | XXX.XX | XXX.XX |
| Escrow Shortage | XXX.XX | XXX.XX |
| Miscellaneous | XXX.XX | XXX.XX |
| Total Payment | $XXX.XX | $XXX.XX |

### How was my shortage determined?

A shortage occurs when your lowest projected escrow balance is less than your required minimum balance. This is determined by simply subtracting the **Required Minimum Balance** from the lowest **Projected Escrow Balance**, as highlighted in the **Escrow Account Projections** section.

Your required minimum balance is determined by federal law, state law and your loan contract and includes a payment cushion of up to two months of escrow payments to help cover any increase in taxes and/or insurance.

Your current payment cushion is **$XXX.XX**.

| | |
|---|---|
| **REQUIRED MINIMUM BALANCE** Balance MM/DD/YYYY | **$X,XXX.XX** |
| **ESCROW SHORTAGE** | **$XXX.XX** |



EQUAL HOUSING LENDER

---

## Statement Identifying Information

Look here to find some basics, including your loan number, new mortgage payment amount and new payment effective date.

## Overview

Go here to see whether you have a shortage or surplus (including the amount) or sufficient funds. Learn how any surplus or shortage may be handled, and whether your future monthly payment will increase, decrease or stay the same.

## Summary

This quick summary of your recent escrow activity can help you learn more about why you may have a surplus or shortage. See the difference between what was expected to be paid for taxes and insurance versus what is now expected to be paid for the upcoming period, as well as how your new monthly payment compares to your existing payment.

## Required Minimum Balance

Your required minimum balance, also known as your payment cushion, covers any unanticipated tax or insurance increases. Your projected escrow balance is what we anticipate your lowest balance will be in the next 12 months. The difference between these two amounts will determine whether your account has a surplus or shortage.

## Escrow Account History Summary

Look here to see the details of what was actually paid into and from your account and how your actual account balance compares with what was previously projected.

## Escrow Account Projections

This is where you can find the estimate of all payments we expect to receive from you, and pay out for you, each month over the next year. The highlighted amounts are the lowest projected balance and the required minimum balance amounts used to determine whether you have a shortage or surplus.

The required minimum balance is the minimum acceptable amount in your escrow account over the next 12-month period.

## New Loan Payment

Go here to see a breakdown of your new loan payment amount, which includes your principal and interest, new escrow deposit and, if applicable, any monthly escrow shortage amount that needs to be paid.

## Customer Service

Here's how to get in touch with us for any questions or assistance. Please be sure to include your loan number on all correspondence.





# We're here to help!



Find everything you need to know by going to **loanadministration.com** then selecting your mortgage account.



For any additional questions, use **Live Chat** to connect directly with an agent.



To learn more about escrow and what it means to you as a homeowner, please watch this short **video**.

https://bit.ly/3rBEuoV