**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**(ABERDEEN)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **JAMES EDWARD WILLIAMS, JR.** | : | **CHAPTER 13** |
| | : | |
| | : | **BANKRUPTCY CASE** |
| | : | **No. 22-11799-SDM** |
| **Debtor.** | : | |
| _____ | : | |
| **RENASANT BANK AS SERVICED BY CENLAR FSB** | : | |
| | : | |
| | : | |
| **Movant,** | : | |
| **vs.** | : | |
| **JAMES EDWARD WILLIAMS, JR.,** | | : |
| | : | |
| **Debtor.** | : | |
| _____ | : | |

**NOTICE OF TERMINATION OF STAY**

COMES NOW, **Renasant Bank as Serviced by Cenlar FSB**, by and through its undersigned attorney of record, and hereby gives notice that, pursuant to the prior Order of this Court dated February 26, 2025, Movant did serve upon Debtor and Debtor's counsel notice of a continuing default in post-petition payments. Said default has not been cured with the period of time set forth in this Court's February 26, 2025, Order.  Accordingly, the Automatic Stay has terminated.

**MCCALLA RAYMER LEIBERT PIERCE, LLP**

*/s/Karen A. Maxcy*_____

Karen Maxcy

Attorney for Movant

McCalla Raymer Leibert Pierce, LLP

1544 Old Alabama Road

Roswell, GA 30076

Office: (678) 321-6965

Karen.Maxcy@mccalla.com

**CERTIFICATE OF SERVICE**

I, certify that on the 9th day of April, 2026, I served on the parties listed below a copy of the foregoing document by regular first class mail with postage prepaid, at the below addresses, or via electronic transmission, pursuant to this Court's local rules and the Federal Rules of Bankruptcy Procedure:

VIA REGULAR U.S. MAIL:
James Edward Williams, Jr.
544 Olympic Drive
Unit 104
Portland, TX 78374

VIA ELECTRONIC TRANSMISSION:
Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Jeff Tyree for
Todd S. Johns, Trustee
Attorney.tyree @ch13mstrustee.com

/S / Karen Maxcy
Karen Maxcy
Attorney for Movant

McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Office: (678) 321-6965
Karen.Maxcy@mccalla.com