B2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  JAMES EDWARD WILLIAMS, JR., DEBTOR         CHAPTER 13 PROCEEDING
                                                                                     CASE NO. 22-11799-SDM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, or the claim referenced in this evidence and notice.

Onity Mortgage Corporation                                    Renasant Bank c/o Cenlar FSB
f/k/a PHH Mortgage Corporation                           Name of Transferor
        Name of Transferee

Name and Address where Notices to Transferee        Court Claim # (if known): 9
should be sent:

Onity Mortgage Corporation                                    Amount of Claim: $111,334.58
ATTN: Bankruptcy Department                               Date Claim Filed: 09/14/2022
P O Box 24605
West Palm Beach, FL 33416
Phone: (855) 689-7367                                            Last Four Digits of Account #: 8358
Last Four Digits of Account #: 2068

Name and Address where transferee payments
should be sent (if different from above):

Onity Mortgage Corporation
ATTN: SBRP
P O Box 24781
West Palm Beach, FL 33416
Phone: (800) 750-2518
Last Four Digits of Account #: 2068

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____/s/ Wilkin Hensarling_____     Date:___05/13/2026_____
        Transferee's Agent or Attorney

## CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

Todd S. Johns, Chapter 13 Trustee
vardaman13ecf@gmail.com

Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

James Edward Williams, Jr.
544 Olympic Drive
Unit 104
Portland, TX 78374


Dated: ____05/13/2026_____


Respectfully Submitted
LOGS LEGAL GROUP LLP


_/s/ Wilkin Hensarling_____
William Savage #105785
Eric Miller #102327
Wilkin Hensarling #106551
Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
Wilkin Hensarling #106551
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 22-11799-SDM