**2100 B (12/15)**

# United States Bankruptcy Court

Northern District of Mississippi
Case No. 22-11799-SDM
Chapter 13

In re: Debtor(s) (including Name and Address)

James Edward Williams, Jr.
544 Olympic Drive
Unit 104
Portland TX 78374

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/13/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Renasant Bank, Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618 | Onity Mortgage Corporation<br>2121 Waukegan Road,Suite 300<br>Bannockburn,Mississippi  60015 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/16/26

Shallanda J. Clay
**CLERK OF THE COURT**

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 22-11799-SDM |
| James Edward Williams, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: May 14, 2026 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4211598 | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | May 14 2026 23:36:00 | Renasant Bank, Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 16, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth H. Parrott | on behalf of Creditor Renasant Bank Elizabeth.Parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor Renasant Bank km5@mccallaraymer.com  mccallaecf@ecf.courtdrive.com |
| Michael J. McCormick | on behalf of Creditor Renasant Bank michael.mccormick@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Spec. Counsel Quinn  Emanuel, Urquhart and Sullivan LLP trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor James Edward Williams  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | |

District/off: 0537-1                              User: autodocke                                    Page 2 of 2

Date Rcvd: May 14, 2026                           Form ID: trc                                    Total Noticed: 1

vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

Todd S. Johns

on behalf of Trustee Todd S. Johns vardaman13ecf@gmail.com
tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

Wilkin Gray Hensarling

on behalf of Creditor Onity Mortgage Corporation whensarling@logs.com  logsecf@logs.com


TOTAL: 9