MSNB-NCAC (02/07/2024)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In re:   JAMES EDWARD WILLIAMS, JR          Case No.: 22-11799

                                             Chapter: 13

_____
*Debtor(s)*

## **Notice of Change of Address for Creditor**

Carvana, LLC _____ (Creditor) hereby gives notice of its new address:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

**Current Notice Address:**
*(as shown on matrix)*

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**New Notice Address:**

No Change

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

**New Payment Address:**
*(if applicable)*

PO Box 661384
Dallas, TX 75266-1384

**Proof of Claim Number(s):**
*(if applicable)*

2

**Reason for Change of Address:**   ☐ New Loan Servicer[1]
☑ New Location
☐ Other _____

Prepared By:

Name:   Rohan Pardeshi                Address:  AIS Portfolio Services LLC

                                                 4515 N. Santa Fe Ave. Dept. APS

Title:  Claims Processor
Phone No.:  888-455-6662                          Oklahoma City, OK 73118

_____

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI

**In RE:**

JAMES EDWARD WILLIAMS, JR

**Debtor(s)**

**Chapter:**   13

**Case Number:** 22-11799

## Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS C ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
TODD S JOHNS
vardaman13ecf@gmail.com

/s/ Rohan Pardeshi
Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com