Certificate Number: 17082-MSN-DE-041634471

Bankruptcy Case Number: 22-11799

17082-MSN-DE-041634471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2026, at 10:34 o'clock AM MST, JAMES E WILLIAMS Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: November 3, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director